**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **VALUE-SECURITY COMPANY, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Civil Action No. 1:11-cv-01164-RDB** |
| **v.** | ) | |
| | ) | |
| **AEGON DIRECT MARKETING** | ) | |
| **SERVICES, INC. and** | ) | |
| **TRANSAMERICA CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Value-Security Company, LLC, by and through counsel and pursuant to Federal

Rule 41(a)(1)(A)(i), hereby submits this Notice of Voluntary Dismissal Without Prejudice.

Respectfully submitted,

Dated:  October 12, 2011

/s/
Noam B. Fischman (Bar No. 16311)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY & POPEO, P.C.
701 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C.  20004
Telephone:    202-434-7300
Facsimile:    202-434-7400

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify on this 12th day of October, 2011, that I filed the foregoing in accordance with the ECF filing system of this Court, and that the foregoing will be served upon the defendants via email and first class mail, postage pre-paid.

_____/s/_____
Noam B. Fischman